UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mr. WILLIE CLAUDIUS WATT,             Civil No. 07-2228 (DSD/SRN)

     Plaintiff,

    v.                                         ORDER

Miss PHYLLIS WILLIAMS,
Miss KIM HAMILTON, and
MINNEAPOLIS PUBLIC HOUSING,

     Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 20, 2007. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1. Plaintiff's Application To Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u>, (Docket No. 2), is **DENIED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: September 11, 2007

                                                       s/David S. Doty
                                                       Judge David S. Doty
                                                       United States District Court Judge